IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 07 2017
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

STEVEN LAMONT WOMACK                                    PLAINTIFF

VS.                       Case No. 4:17cv130-BSM

CARELINK, CHARLES THOMPSON,                             DEFENDANTS
Vice President of Home Care & Human Resources,
SONYA CATO in Human Resources Manager for CARELINK
LUTHER R. MATTINGLY, Registered agents of servants for CARELINK
700 West Riverfront
North Little Rock, Arkansas 72114

This case assigned to District Judge Miller
and to Magistrate Judge Deere

**COMPLAINT**

**PLAINTIFF, STEVEN LAMONT WOMACK FOR HIS COMPLAINT RESPECTFULLY SHOW THE COURT THE FOLLOWING:**

Comes the Plaintiff Steven Lamont Womack and for his complaint against the Defendants, CareLink (hereinafter "CARELINK" CENTRAL ARKANSAS AREA AGENCY ON AGI ) Vice President of Home Care & Human Resources, Charles Thompson, and Sonya Cato Human Resources Manager for CareLink individually, and acting as agents, servants and/or employees of the Carelink or Central Arkansas Area Agency on AGI, current Registered as agents servants Luther R. Mattingly (Carelink) 700 West Riverfront Drive North Little Rock, Arkansas 72114  states:

**I VENUE**

1. Venue in this case is correct under 28 U.S.C. § 1331 where one or more of the Defendants

-1-

reside in the Eastern District of Arkansas and a substantial part of the events or omissions giving rise to the claim occurred there.

## COUNT II JURISDICTION

2. This Court has jurisdiction pursuant to 28 U.S.C. 1331 and 28 U.S.C. 1343

3. Jurisdiction is also invoked pursuant to 42 U.S.C. 2005( e) which prohibit discrimination based race, color, sex, age Discrimination, Conspiracy thereto, disability, Arbitrary Discrimination, illegally discharged, and retaliation which is part of Title VII of the Civil Rights Act of 1964 (as amended). Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA). The Americans with Disabilities Act 1990 (as amended).

4. PLAINTIFF invoked the jurisdiction of this Court pursuant to Amendments 4, 5, 13 and 14 of the United States Constitution.

5. The venue is proper as all actions took place in the Eastern District of Arkansas thus, venue its proper in this Court venue pursuant to Act 1331. Defendants, Carelink Home Care provider superior, faith-based health care services.

6. PLAINTIFF filed a timely charge of discrimination within 180 days of appearance of exploratory action.

7. PLAINTIFF received a right to sue letter date January 27, 2017. This lawsuit was instituted within the day as required by Title VII of the Civil Rights Act 1964 (as amended) Americans With Disabilities Act 1990 (as amended)

## COUNT III PARTIES

8. The parties are:

   (A). PLAINTIFF, STEVEN LAMONT WOMACK, a black male citizen of the state of Arkansas of the United States who resides in Little Rock, Pulaski County, Arkansas.

Defendants are: Carelink agency to conduct business as home care provider also CareLink is a financial assistance program to access quality healthcare services in the State of Arkansas.

PLAINTIFF STEVEN LAMONT WOMACK, is a black male terminated from the state of Arkansas Employment in violation of Title VII of the Civil Rights Act of 1964 also Title VII of the Civil Rights Act, (ADEA) and prohibited harassment Employment by Federal law ( Title VII of 1964 Civil Rights Act) Therefore under the fourteenth Amendment and Title VII of Civil Rights Act of 1964, 42 U.S.C. § 2000( e). alleging discrimination, disparate treatment, retaliation, and the Americans with Disabilities Act (ADA) became law in 1990. The ADA is a civil rights law that prohibits discrimination against individuals with disabilities in all areas of public life, including jobs. Disability discrimination occurs when an employer or other entity covered by the Americans with Disabilities Act, as amended, or the Rehabilitation Act, as amended, treats a qualified individual with a disability who is an employee. The Americans with Disabilities Act (ADA) was signed into on July 26, 1990, by President George H.W. Bush. PLAINIFF STEVEN LAMONT WOMACK was hired in 2007 as a caregiver for CareLink. On April 27, 2016 Steven Lamont Womack was injured on the job. Steven Lamont Womack has been on unpaid leave since. Steven Lamont Womack was denied to return to work with light duty. SONYA CATO told Steven Lamont Womack we do not have any light duty. Steven Lamont Womack was by Sonya Cato told that he could not return to work unless he obtain a full medical release because there is no light duty work. Steven Lamont believe that he was denied a reasonable accommodation in violation of the Americans with Disabilities Act 1990 as amended. PLAINTIFF STEVEN LAMONT WOMACK had restrictions to return to work no lifting for Harold B. Betton M.D. at 1505 West 11th Street Little Rock, Arkansas 72202-4619 and on January 25, 2017 Steven L. Womack was seen by Harold B. Betton M.D. at 1505 West 11th Street Little Rock, Arkansas 72202-4619 for hand and foot tingling with numbness and back

stiffness and was refer to see Dr. Norton and Dr. Harold B. Betton

PLAINTIFF is seeking Works Compensation complaint and it appear to have Federal Civil Rights violation that may be address in the Federal Court. Seeking damages and declaratory and relief against certain individual for their unfair treatment which prohibit discrimination based race, color, sex age, disability, and retaliation which is part of Title VII of the Civil Rights Act of 1964 (as amended). Also is in violation of Title VII of the Civil Rights Act of 1964 and Title VII of the Civil Rights Act, the American with Disabilities Act.

Plaintiff Steven Lamont Womack is a victim of been denied Disability Benefits Workers Compensation insurance benefits for which Plaintiff is eligible. Plaintiff is a victim of economic assassinate, arbitrary discrimination, intentional infliction of emotional distress that is tort without physical injury.

(B). SONYA CATO who is an employee for CareLink and who work in Human Resources as the Manager who is a black female who is sued in her individual Capacity. She is a black female. (Arbitrary discrimination and in violation of the American with Disabilities Act 1990 as amended).

( C). CHARLES THOMPSON who is the Vice President of Home Care & Human Resources who is an employee for CareLink and who is a white male and Charles Thompson is sued in his individual Capacity. (Aiding and Abetting the Violation of the Americans with Disabilities Act 1990, Arbitrary discrimination, Conspiracy). Charles Thompson and Sonya Cota did agreement to terminated Steven Lamont Womack for the job and in Violation of the American with Disabilities Act 1990. The Definition of a Civil Conspiracy a "conspiracy" is an agreement to accomplish a purpose that is unlawful or oppressive or to accomplish, by unlawful or oppressive means, a purpose that is not in itself unlawful or oppressive." See AMI 714 Civil.

PLAINTIFF STEVEN LAMONT WOMACK was denied the due process of the Fourteenth

-4-

Amendment pursuant to the American with Disabilities Act 1990 and under the Fourteenth Amendment and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000( e ) and 42 U.S.A. Under Title VII, the ADA, it is illegal to Discrimination and Harassment that's is a violation under Title VII of the Civil Rights Act of 1964.

9. The Defendant concert Harassment, retaliation, retaliatory and illegally discharge was suffer distress due to Plaintiff illness of and injured on the job. Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000( e) discrimination suit brought under Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000( e ) and 42 U.S.C.A. § 1983 and 1981 by Plaintiff, Steven Lamont Womack, black male in a protected class, file suit against Charles Thompson Vice President of Home Care & Human Resources employee for Carelink Self-Insured Employer, Liberty insurance (Risk Management Resources) corporation insured carrie under the Fourteenth Amendment and Title VII of the Civil Rights Act of 1964, 42 U.S.C § 2000 (e ) and 42 U. S. C. A

10. Defendant Charles Thompson is sued in his individual Capacity. And he is a white male that illegally terminated Steven Lamont Womack for the job. The only person that can terminate you from your job is your immediate supervisor and the only that can relieve of your duty is your immediate supervisor.

11. Defendant Sonya Cato in Human Resources told Steven Lamont Womack that he could not return to work unless he obtain a full medical release because there is no light duty work. Steven Lamont Womack believe that he was being denied a reasonable accommodation in violation of the Americans with Disabilities Act 1990 as amended.

12. My father Thomas Womack Jr. and I, Bishop Steven Lamont Womack a well-known Bishop of the Bread From Heaven Ministries World Wide, Inc. who gave President Bill Clinton the "concept of diverting from prison while at the same time protecting society"

13. That the National Cadet Pilot Program World Wide, Inc. was also shared with President Bill Clinton , and then after being replaced as Governor of Arkansas by Honorable Jim Guy Tucker the Arkansas Community Punishment Program was implemented by Mr. Tucker an Honorable Bill Clinton shared the concept and information about the Cadet Pilot Program throughout America. Now, the concept and information about the program have been shared by Honorable Jay Dickey to the Honorable George W. Bush and the Republican Party. Honorable George W. Bush call the Program a faith-based program that is self- sufficient and abide by the word of God and he called the Program a faith-based programs and the Honorable George W. Bush passed executive order in my favor December 12, 2002 Equal Protection of the Laws for Faith-Based and Community Organizations.

CareLink is a Faith-Based Program I, Steven Lamont Womack was shocked to see certain employees of Carelink engaged in such misconduct that could cause the federal funds to be cut off. Plaintiff Steven Lamont Womack is a victim of an ongoing collaboration of Pulaski County Officials and conspiracy from retaliation generated by personal feelings against Plaintiff Steven Lamont Womack, a well-known Bishop of the Bread From Heaven Ministries World Wide, Inc. who gave President Bill Clinton the National Cadet Pilot Program "concept of diverting from prison while at the same time protecting society."

14. All organizations that receive Federal financial assistance under social services programs should be prohibited from discriminating against beneficiaries or potential beneficiaries of the social services programs on the basis of religion or religious belief. Accordingly, organizations, in providing services supported in whole or in part with Federal financial assistance, and in their outreach activities related to such services, should not be allowed to discriminate against current or prospective program beneficiaries on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to actively participate

in a religious practice.

### IIII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

15. Completion of the Equal Employment Opportunity Process and the obtaining of a right to sue letter have exhausted administrate remedies.

### COUNT V. FACTUAL BACKGROUND

16. PLAINTIFF incorporates by reference Paragraph (1-15) listed above as if sets out word for word herein respectively shows the Court the following:

17. PLAINTIFF is a black male with a disability

18. PLAINTIFF filed a charges of discrimination the filed number # 493-2017-00528 On December 2016 the violence in the workplace the CareLink Human Resource the Vice President Charles Thompson and Sonya Cato Steven Lamont Womack was hired in 2007 as a caregiver. On April 27, 2016 I, Steven Lamont Womack was injured on the job. I, Steven Lamont Womack have been on unpaid leave since. On December 10, 2016, I, Steven Lamont Womack requested to return to work with light duty. I, Steven Lamont Womack was told that I, Steven Lamont Womack could not return to work unless I obtain a full medical release because there is no light duty work. Steven Lamont Womack showed Sonya Cato the doctor to return to work for light duty work Sonya Cato told me and Vice President Charles Thompson that she would make copy of my document for the doctor to return to work for light duty work and Sonya Cato made a copies of all my medical records and copies of the medication that I'm taking. I, Steven Lamont Womack believe that I, Steven Lamont Womack have been denied a reasonable accommodation in violation of the Americans with Disabilities Act 1990 as amended. After file the charges to EEOC # 493-2017-00528 On January 23, 2017 Steven Lamont Womack Notice of Suit Rights Title VII, the Americans With Disabilities Act and in violation of Title VII of the Civil Rights Act of 1990, as amended and in violation of Title VII of the Civil Rights Act

of 1964, as amended. CARELINK Policy must meet the standards of EEOC policy
The Americans With Disabilities Act of 1990 as amend and The Rehabilitates Act of 1973 prohibited discrimination against individuals with physical or mental disabilities is prohibited by two statutes: the Rehabilitation Act, 29 U.S.C.A. §§ 706, 791-794; and the Americans With Disabilities Act, 42 U.S.C.A. § 12101 et seq. (ADA). Title I, which addresses employment, prohibits discrimination against persons with disabilities by employers subject to Title VII. Procedures and remedies of Title VII are adopted to enforce these provisions.
Vice President Charles Thompson denied Steven Lamont Womack the due process by not granting Steven Lamont Womack to turn to work for light duty. Which is a violation of the Fourteenth Amendment denied Steven Lamont Womack the due process and the equal protection of the laws and ratification of the Fourteenth Amendment, which granted against state action the rights of due process and equal protection of the laws. Which is a violation Pursuant to the Fourteenth Amendment, no one shall be deny the due process and the equal protection of the laws. Also the defendants did violate Plaintiff rights Pursuant to the American With Disabilities Act of 1990 and Pursuant to the Rehabilitation Act of 1973, 29 U.S.C.A. §§ 706,794; and the Americans With Disabilities Act, 42 U.S.C.A. § 12101 et seq. (ADA).

19. Sonya Cato in Human Resources Manage after looking making copies of my Medical documents and certificate from the doctor return to work for light duties, Sonya Cato stated we have no light duties. Which is a violation Pursuant to the Fourteenth Amendment been denied the due process and the equal protection of the laws. Also a violation pursuant to the Americans With Disabilities Act of 1990 and the Rehabilitation Act of 1973, 29 U.S.C.A. §§ 706, 791- 794; and the Americans With Disabilities Act, 42 U.S.C.A. § 12101 et seq. (ADA). Sonya Cato in Human Resources Manager did violated Steven Lamont Womack rights pursuant to the American With Disabilities Act of 1990 and pursuant to the Rehabilitation Act of 1973, 29

U.S.C.A. §§ 706,791-794; and the Americans With Disabilities Act, U.S.C.A. § 12101 et seq. (ADA).The Americans with Disabilities Act of 1990 (42 U.S.C. § 12101) law that prohibits discrimination based on disability. It affords similar protection against discrimination to Americans with disabilities as the Civil Rights Act of 1964, which made discrimination based on race, religion, sex, national origin, and other characteristics illegal, In addition, unlike the Civil Rights Act, the ADA also requires covered employers to provide reasonable accommodations to employees with disabilities, and imposes accessibility requirements on public accommodations. Steven Lamont Womack is a victim of economic assassination, arbitrary discrimination, denial of equal protection of the law, Discrimination against as a individuals with physical disabilities that is prohibited by two statutes: the Rehabilitation Act, 29 U.S.C.A. §§ 706, 791-791 794;

## **REFIEF SOUGHT**

20. PLAINTIFF, STEVEN LAMONT WOMACK requests the Court issue an Order making DEFENDANTS paid the PLAINTIFF back pay money for the time that was loss. The Plaintiff sustained damages because one or more of the Defendant set in motion proceeding involving the Plaintiff concerning his disabilities which prohibited discrimination against the Americans With Disabilities pursuant to the American With Disabilities Act of 1990 as amend and The Rehabilitation Act of 1973 29 U.S.C.A. §§ 706, 7091- 794; and the Americans With Disabilities Act, 42 U.S.C.A § 12101 et seq. (ADA).  PLAINTIFF is requesting for the appropriate compensatory and punitive damages exceeding $ 998,000.00 for reasonable attorney's fees, for front pay or reinstatement, any necessary electronic discovery under ARCP 26.1, for costs for a trial by jury, and for all other just and proper relief.

PLAINTIFF STEVEN LAMONT WOMACK states all claim are set out under the facts listed above and the Honorable Court should grant PLAINIFF the relief as set out as requested above and below.

PLAINTIFF, STEVEN LAMONT WOMACK sent a letter dated August 31, 2016 to Sonya Cato in the Human Resources who is the Manager. On August 29, 2016 CareLink Human Resources Manager Sonya Cato Made Copies of my medical records and stated that she would send the documents to Lori- Bloom, Claims Specialist of Risk Management Resources, Claim Management, Loss Control, Alternative Risk Financing. On August 29, 2016 I, Steven Lamont Womack made contact with Lori Bloom claims specialist with Risk Management Resources. Steven Lamont Womack did not received Workers Compensation Benefits. The CareLink Human Resources Manager Sonya Cato stated after looking at my certificate to return to work for light duties work  Sonya Cato stated we have no light duties work.

Seeking damages and declaratory and relief against

certain individual for their unfair treatment which prohibit discrimination based race, color, sex age, disability, and retaliation which is part of Title VII of the Civil Rights Act of 1964 (as amended). Also is in violation of Title VII of the Civil Rights Act of 1964 and Title VII of the Civil Rights Act, the Americans with Disabilities Act.

( Pursuant to the Americans with Disabilities Act of 1988 (1988; 100th Congress)

I am a victim of Arbitrary discrimination Title VII 42 U.S.C. § 1981 and 42 U.S.C. § 1983 Risk Management Resources under the Fourteenth Amendment the due process I am being denied the due process pursuant to the Fourteenth Amendment.

I am a victim of being denied Disability Workers Compensation insurance benefits for which I am Eligible. Also part of Title VII, I am a victim of economic assassinate, arbitrary discrimination, intentional infliction of emotional distress that is tort without physical injury.

**WHEREFORE,** PLAINTIFF prays for the appropriate compensatory and punitive damages exceeding $998,000.00 for reasonable attorney's fees, for front pay or reinstatement, any necessary electronic discovery under ARCP 26.1, for costs, for a trial by jury, and for all

other just and proper relief.

## COUNT VI. FEDERAL CLAIMS

21. PLAINTIFF incorporates by reference Paragraphs (1-20) listed above as is set out word for word herein, and respectively shows the Court the following:

22. PLAINTIFF was denied to return to work for light duty work due to his disability and for exercising his rights of the First Amendment freedom of speech concerning his Disability Accommodation under the ADA, Practical Law Practice Note 9-503-9007(2010) being regarded as having such as impairment (29 C.F.R. )

## COUNT VII. DISABILITY DISCRIMINATION

23. PLAINTIFF incorporates by reference Paragraphs (1-23) listed above as is set out word for word herein respectively shows the Court the following:

24. PLAINTIFF had worked for the DEENDANTS for 9 years. Up until I was injury on the job and because disabled and Plaintiff was a victim of arbitrary discrimination. The Defendants did violate Plaintiff rights under the ADA Law American with Disabilities Act is prohibit by federal law and under the American With Disabilities of the Civil Rights Act of 1964 Act and part of the Title VII also pursuant to 42 U.S.C. 2005 (e) which prohibit discrimination based on disability which is part of Title VII of the Civil Rights Act of 1964 (as amended).

## COUNT VIII. STATE LAW CLAIMS

25. PLAINTIFF incorporates by reference Paragraphs (1-25) listed above as is set out word for word herein respectively shows the Court the following:

26. PLAINTIFF has stated a cause of action under the Arkansas Civil Rights Act under the facts as listed above.

27. PLAINTIFF has stated a cause of action for intimidation under the statute listed above.

28. PLAINTIFF has stated a cause of action under the Arkansas Constitution under the facts listed above.

WHEREFORE, PLAINTIFF, STEVEN LAMONT WOMACK, prays that the Court enters judgment against all DEFENDANTS finding DEFENDENTS violated PLAINTIFF'S Rights under Title VII of The Civil Rights Act 1964 (as amended) and the Americans with Disabilities Act 1990 (as amended) for his costs and attorney fees pursuant to THE CIVIL RIGHTS ATTORNEY FEES ACT, 42 U.S.C. 1988 and all other just and proper relief.

Respectfully Submitted,

*/s/ Steven Lamont Womack*
STEVEN LAMONT WOMACK
8905 VICTORIA DRIVE
LITTLE ROCK, ARKANSAS 72209
Phone Number # 501-251-3043