IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN LAMONT WOMACK                                    PLAINTIFF

v.                             NO. 4:17-CV-130-BSM

CARELINK, CHARLES THOMPSON,
Vice President of Home Care & Human Resources,
SONYA CATO in Human Resources Manager for CARELINK,
LUTHER R. MATTINGLY, Registered agents of servants
for CARELINK                                          DEFENDANTS

## DEFENDANTS' MOTION TO STRIKE

The Defendants, Central Arkansas Area Agency on Aging, Inc., d/b/a CareLink ("CareLink"), Charles Thompson, Sonya Cato and Luther R. Mattingly, (collectively, the "Defendants") represented by their attorneys, Baxter, Jewell & Dobson, P.A., for their Motion to Strike filed pursuant to Federal Rule of Civil Procedure 12(f), state:

1. On March 7, 2017, Steven Lamont Womack ("Womack") filed a Complaint (the "Complaint" ECF Doc. No. 1) in the above referenced lawsuit (the "Lawsuit").

2. Defendants move to strike the following passage from Paragraph 8 of the Complaint because the allegation is immaterial and has no possible relation to this Lawsuit:

> "Plaintiff Steven Lamont Womack is a victim of been denied Disability Benefits Workers Compensation insurance benefits for which Plaintiff is eligible [sic]."

3. Defendants move to strike the phrase, "economic assassinate [sic]," from Paragraph 8 of the Complaint because the phrase is immaterial to this Lawsuit, impertinent, and prejudicial to the Defendants.

1

4.  Defendants move to strike the following passage from Paragraph 12 of the Complaint because the passage is immaterial and has no possible relation to this Lawsuit:

> "My father Thomas Womack Jr. and I, Bishop Steven Lamont Womack a well-known Bishop of the Break From Heaven Ministries World Wide, Inc. who gave President Bill Clinton the "concept of diverting from prison while at the same time protecting society [sic]"

5.  Defendants move to strike the following passages from Paragraph 13 of the Complaint because the passages are immaterial and have no possible relation to this Lawsuit:

> "That the National Cadet Pilot Program World Wide, Inc. was also shared with President Bill Clinton, and then after being replaced as Governor of Arkansas by Honorable Jim Guy Tucker the Arkansas Community Punishment Program was implemented by Mr. Tucker an Honorable Bill Clinton shared the concept and information about the Cadet Pilot Program throughout America [sic]. Now, the concept and information about the program have been shared by Honorable Jay Dickey to the Honorable George W. Bush and the Republican Party. Honorable George W. Bush call the Program a faith-based program that is self-sufficient and abide by the word of God and he called the Program a faith-based programs and the Honorable George W. Bush passed executive order in my favor December 12, 2002 Equal Protection of the Laws for Faith-Based and Community Organizations [sic]."

6.  Defendants move to strike the phrase, "economic assassination" from Paragraph 19 of the Complaint because the phrase is immaterial to this Lawsuit, impertinent, and prejudicial to the Defendants.

7.  Defendants move to strike the following passage from Paragraph 20 of the Complaint because the allegation is immaterial to this Lawsuit:

> "I am a victim of being denied Disability Workers Compensation insurance benefits for which I am Eligible."

8.  Defendants move to strike the phrase, "economic assassinate [sic]" from Paragraph 20 of the Complaint because the phrase is immaterial to this Lawsuit, impertinent, and prejudicial to the Defendants.

WHEREFORE, for the reasons stated in this Motion to Strike, the Defendants, Central Arkansas Area Agency on Aging, Inc., d/b/a CareLink, Charles Thompson, Sonya Cato and Luther R. Mattingly, respectfully request this Court to grant their Motion to Strike, to award the Defendants their attorneys' fees and costs incurred in connection with the preparation of this Motion and Brief in Support, and for all other relief to which they are entitled.

Respectfully Submitted,

Allen C. Dobson
Arkansas Bar No. 85040
**BAXTER, JEWELL & DOBSON, P.A.**
One Information Way, Suite 210
Little Rock, Arkansas 72202
Phone: 501-664-9555/Fax: 501-664-9559
E-mail: adobson@bjd-law.com


/s/ Allen C. Dobson
Attorneys for Defendants

and

Shelley Fleisch-Djurica
Arkansas Bar No. 2001267
**BAXTER, JEWELL & DOBSON, P.A.**
One Information Way, Suite 210
Little Rock, Arkansas 72202
Phone: 501-664-9555/Fax: 501-664-9559
E-mail: sdjurica@bjd-law.com


/s/Shelley Fleisch-Djurica
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on March 30, 2017, I filed a copy of the foregoing through the Court's electronic filing system, and served a copy on the Plaintiff, Steven Lamont Womack, via first class mail at the address listed below:

>Steven Lamont Womack
>8905 Victoria Drive
>Little Rock, AR  72209

>/s/ Allen C. Dobson
>Allen C. Dobson