FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 05 2017

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN LAMONT WOMACK                                                    PLAINTIFF

VS.                              Case No. 4:17-cv-130-BSM

Carelink, Charles Thompson,
Vice President of Home Care & Human Resources,
SONYA CATO in Human Resources Manager for CARELINK,
LUTHER R. MATTINGLY, Registered agents of Servants for
CARELINK                                                                DEFENDANTS

## PLAINTIFF MOTION TO DISMISS DEFENDANTS' MOTION TO DISMISS WITH BRIEF INCORPORATED

  Come now the Plaintiff, Steven Lamont Womack and respectfully move this Honorable Court Plaintiff Motion To Dismiss Defendants' Motion To Dismiss With Brief Incorporated and state as following:

   1. Plaintiff Complaint clearly show that Luther R. Mattingly acting as agents, servants and /or employees of the Carelink or Central Arkansas Area Agency on AGI, current Registered as agents servants Luther R. Mattingly (Carelink) 700 West Riverfront Drive North Little Rock, Arkansas 72114.  Luther R. Mattingly is responsible for all his employees or workers actions and the workers misconduct.

   2. The Plaintiff was injured on the Job while he was employed by Carelink and has been denied a reasonable accommodation of light duty work, in violation of the American with Disabilities Act ("ADA"), the Rehabilitation Act, and the Arkansas Civil Rights Act ("ACRA"). The Plaintiff was hired in 2007 as a caregiver for Carelink. On April 27, 2016 Steven Lamont Womack was injured on the job. Steven Lamont Womack has been on unpaid leave since. Steven Lamont Womack was denied to return to work with light duty. Sonya Cato told Steven

Lamont Womack we do not have any light duty.

Sonya Cato told Steven Lamont Womack that he could not return to work unless he obtain a full medical release because there is no light duty work. Steven Lamont Womack believe that he was denied a reasonable accommodation in violation of the Americans with Disabilities Act 1990 as amended.

3. The Parties has been properly serve the summons and was serve by a nonparties of the lawsuit.

4. Steven Lamont Womack Complaint should not be dismissed because it would deny Steven Lamont Womack the equal protection of the laws which is part of the Fourteenth Amendment to the United States Constitution. Also Steven Lamont Womack should not be denied the due process of law that is part of the Fourteenth Amendment and Fifth Amendment to the United States Constitution. Pursuant to the due process of law Title VII of the Civil Rights Act of 1964, as amended through the Civil Rights Act of 1991, 42 U.S.C. § 1981, the WORKER Adjustment and Retraining Act (WARN), The Fair Labor Standards Act (FLSA), The Family and Medical Leave Act (FMLA), the Americans with Disabilities Act (ADA), as amended by the Americans with Disabilities Amendments Act (ADAA). Steven Lamont Womack should not be denied to exercise his rights pursuant to the due process of law. WHEREFORE, Plaintiff, Steven Lamont Womack pray his motion be granted and for the court to issue an order dismissing defendants motion to dismiss and for all other proper an just relief that the plaintiff is entitle.

Respectfully Submitted,

*/s/ Steven Lamont Womack*

STEVEN LAMONT WOMACK
8905 VICTORIA DRIVE
LITTLE ROCK, ARKANSAS 72209

## CERTIFICATE OF SERVICE

I, Steven Lamont Womack, hereby certify that I served a copy of the forgoing pleading by U.S. Mail on the 5th day of April 2017, addressed to the following:

Carelink, Charles Thompson,
Vice President of Home Care & Human Resources,
Sonya Cato in Human Resources Manager for Carelink
Luther R. Mattingly, Registered agents of servants
For CARELINK the Defendants Attorney of record

ALLEN C. Dobson
Arkansas Bar No. 85040
BAXTER, JEWELL 7 Dobson, P.A.
One Information Way, Suite 210

And

Shelley Fleisch-Djurica
Arkansas Bar No. 2001267
BAXTER, JEWELL & DOBSON, P.A.
One Information Way, Suite 210
Little Rock, Arkansas 72202

STEVEN LAMONT WOMACK

-3-