# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**STEVEN LAMONT WOMACK**                                          **PLAINTIFF**

**v.**                   **CASE NO. 4:17-CV-00130 BSM**

**CARELINK, et al.**                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of November 2017.

_____
UNITED STATES DISTRICT JUDGE